```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RHODA MANDEL et al,

                            Plaintiff(s),                    21-CV-06045(PGG)(VF)

      -against-                                         **ORDER**

CITY OF NEW YORK et al,

                            Defendant(s).

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On April 30, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **May 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:       New York, NewYork
                   May 3, 2022

                                                             _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge