UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RHODA MANDEL et al.,

                Plaintiff,                21-CV-06045 (PGG) (VF)

       -against-                  **ORDER SCHEDULING SETTLEMENT CONFERENCE**

CITY OF NEW YORK et al,

               Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, October 18, 2023, at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 11, 2023.** In addition, the parties are directed to exchange an initial settlement demand and response prior to the conference.

      SO ORDERED.

DATED:    New York, New York
               September 11, 2023

                                                    _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge