UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RHODA MANDEL, et al.,

                              Plaintiffs,              21-CV-06045 (PGG) (VF)

         -against-                                     **ORDER**

FIZZBIN, LLC, et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Per the order at ECF No. 97, expert discovery was to conclude by August 27, 2024. The parties are directed to file a joint status update as to the progress of discovery by **October 18, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
              October 9, 2024

                                                                        VALERIE FIGUEREDO
                                                                       United States Magistrate Judge