UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RHODA MANDEL, et al.,

                        Plaintiffs,          21-CV-06045 (JHR) (VF)

    -against-                         **ORDER**

FIZZBIN, LLC, et al.,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The Parties were directed to submit a joint status update by February 1, 2025. ECF No. 102. To date, the parties have not filed a status update informing the Court on the progress on mediation. The parties are directed to file a joint status update by **March 3, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                February 21, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge